# Group Exhibit B



