# Group Exhibit C









